UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                                                            Miscellaneous Case No. 1:11-mc-19-SM

<u>John A. Cotter, Jr.</u>

## O R D E R

I herewith approve the [5] Report and Recommendation of Magistrate Judge Landya B. McCafferty dated June 1, 2011, no objection having been filed.

It is ordered that the taxpayer, John A. Cotter, Jr., obey the summons and appear on August 2, 2011, at 11:00 a.m., at the IRS office located at 410 Amherst Street, Nashua, New Hampshire, before Revenue Officer Patrick Dillon (or any other authorized Revenue Officer of the IRS) to give testimony and produce all books and records in his possession or control required and called for by the terms of the summons of August 30, 2010.

It is further ordered that the government be awarded its costs.

SO ORDERED.

                                                                       /s/ Steven J. McAuliffe
Date:  June 22, 2011                      Steven J. McAuliffe
                                                                        Chief Judge

cc:    T. David Plourde, AUSA
       John A. Cotter, Jr., <u>pro</u> <u>se</u>